1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| AQUILES ISANDRO, | Case No. 2:14-CV-00817 BRO (JCGx) |
|---|---|
| Plaintiff, | **ORDER RE STIPULATION VOLUNTARILY DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| KENNETH COLE PRODUCTIONS, INC., a New York corporation; and DOES 1 through 50, Inclusive, | [F. R. CIV. P. RULE 41(A)(1)(A)(II)] |
| Defendant. | Trial Date: 02/10/2015 |

The Court, having read and considered The Parties' Stipulation to Voluntarily Dismiss the Entire Action With Prejudice, and good cause appearing,

IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action on file with the above-entitled Court in Case No. 2:14-CV-00817 BRO (JCGx) is voluntarily dismissed with prejudice in its entirety against all Defendants, with each party to bear its own respective costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  December 23, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE